UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MIRIAM CRUZ
*on behalf of herself and all others similarly situated*,

                        Plaintiff,                  JUDGMENT
           v.                                    23-CV-0103 (HG)(RML)

WIDE OPEN ARTS, LLC,

                        Defendant.
---------------------------------------------------------------X

       An Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on September 26, 2023, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 14, 2023, granting the Plaintiff's motion of default judgment, and awards Plaintiff $1,500 in damages, representing $1,000 in compensatory damages under the NYSHRL and NYCHRL and $500 in statutory damages under the NYSCRL; issuing an injunction pursuant to the ADA, ordering Defendant Wide Open Arts, LLC to provide access to the website in Compliance with the ADA and the WCAG 2.1; and requiring Defendant to submit to Plaintiff's Counsel within sixty (60) days; it is

       ORDERED and ADJUDGED that the Plaintiff's motion for judgment is granted; that the Plaintiff is awarded a total amount of $1,500; that an injunction is hereby issued, pursuant to the ADA; that Defendant Wide Open Arts, LLC is ordered to provide access to the Website in compliance with the ADA and the WCAG 2.1; that the Defendant is required to submit to Plaintiff's counsel within sixty (60) days; that Judgment is entered in favor of Plaintiff; and that this case is closed.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       September 27, 2023                              Clerk of Court

                                                By:    */s/Jalitza Poveda*
                                                          Deputy Clerk